UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GILFORD,<br><br>    Petitioner,<br><br>    v.<br><br>R. K. WONG, warden,<br><br>    Respondent.<br>_____/ | No. C 09-1774 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Eric Share, the court GRANTS respondent's request. (Docket # 4.) Respondent's answer filed on January 5, 2010 is deemed timely filed. Petitioner must file and serve his traverse no later than **February 19, 2010.**

IT IS SO ORDERED.

DATED: January 11, 2010

                                                  SUSAN ILLSTON<br>                                             United States District Judge