United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID GILFORD,                          No. C 09-1774 SI (PR)

12           Petitioner,                     **JUDGMENT**

13       v.

14   R. K. WONG, Warden,

15           Respondent.

16   _____/

17          The petition for writ of habeas corpus is denied.  Judgment is hereby entered in favor of

18   Respondent.

19          **IT IS SO ORDERED AND ADJUDGED**.

20

21   DATED: August 30, 2010

22                                           SUSAN ILLSTON
                                             United States District Judge
23
24
25
26
27
28